DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAVIS E. MURPHY** and **SHARON L. MURPHY,**
Appellants,

v.

**NEW ENGLAND LIFE INSURANCE COMPANY** and **JIMMY CROSS,**
Appellees.

No. 4D2024-2826

[December 31, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562023CA001738.

John P. Wiederhold of Kummerlen Law, PLLC, Jupiter, for appellants.

Emilia A. Quesada and J. Elizabeth Graddy of SMGQ Law, Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***